# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MANSFIELD LEWIS

VERSUS

MARTIN L. LABLANC

NO.  2021 CW 1189

**DECEMBER 06, 2021**

---

In Re:   Martin  L.  LeBlanc  and  Bridget  LeBlanc,  applying  for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 651579.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.**  Relators failed to provide a copy of
the  judgment,  order,  or  ruling  complained  of  (if  by  written
judgment,  order,  or  ruling);  a  copy  of  the  judge's  reasons  for
judgment, order, or ruling (if written); a copy of each pleading
on which the judgment, order, or ruling was founded, including a
copy of the complete suit record; and a copy of pertinent court
minutes in violation of Rule 4-5(C)(6), (7), (8) and (10) of the
Uniform  Rules  of  the  Louisiana  Courts  of  Appeal.   This  court
further  directs  relators  to  provide  a  copy  of  the  transcript  of
the  hearing  on  September  16,  2021,  so  this  court  may  determine
what  evidence,  if  any,  was  admitted  at  the  hearing  on  the
motion, if any new application is filed.

Supplementation   of   this   writ   application   and/or   an
application  for  rehearing  will  not  be  considered.  Rules  2-18.7
and 4-9, Uniform Rules of Louisiana Courts of Appeal.

In  the  event  relators  seek  to  file  a  new  application  with
this   court,   it   must   contain   all   pertinent   documentation,
including  the  missing  items  noted  above,  and  must  comply  with
Rule  2-12.2  of  the  Uniform  Rules  of  Louisiana  Courts  of  Appeal.
Any  new  application  must  be  filed  on  or  before  January 06, 2022,
and must contain a copy of this ruling.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
      FOR THE COURT